[Cite as *State ex rel. Hoffman v. Eyster*, 2012-Ohio-597.]

COURT OF APPEALS
KNOX COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  |  |
|---|---|---|
| | : | JUDGES: |
| STATE OF OHIO, EX REL. | : | Patricia A. Delaney, P.J. |
| MATTHEW J. HOFFMAN | : | William B. Hoffman, J. |
| | : | Julie A. Edwards, J. |
| Relator | : | |
| | : | Case No. 11CA24 |
| -vs- | : | |
| | : | |
| | : | O P I N I O N |
| JUDGE OTHO EYSTER | | |
| | | |
| Respondent | | |

CHARACTER OF PROCEEDING:     Writ of Mandamus and Procedendo

JUDGMENT:     Denied

DATE OF JUDGMENT ENTRY:     February 10, 2012

APPEARANCES:

For Relator                                          For Respondent

MATTHEW J. HOFFMAN                  NO APPEARANCE
#A645571
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio  43608

*Edwards, J.*

{¶1} Relator, Matthew J. Hoffman, has filed a "Petition for Writ of Mandamus and of Procedendo" requesting a writ be issued which would require Respondent to rule on two outstanding motions filed with the trial court.

{¶2} For a writ of mandamus to issue, the relator must have a clear legal right to the relief prayed for, the respondents must be under a clear legal duty to perform the requested act, and relator must have no plain and adequate remedy in the ordinary course of law. *State, ex rel. Berger, v. McMonagle* (1983), 6 Ohio St.3d 28, 6 OBR 50, 451 N.E.2d 225.

{¶3} A writ of procedendo has "the limited purpose of [requiring] a lower court to go forward 'when a court has either refused to render a judgment or has unnecessarily delayed proceeding to judgment.' *State ex rel. Miley v. Parrott* (1996), 77 Ohio St.3d 64, 65, 671 N.E.2d 24." *State ex rel. Lemons v. Kontos* 2009 WL 4756269, 2 (Ohio App. 11 Dist.).

{¶4} The Supreme Court has held, "Neither procedendo nor mandamus will compel the performance of a duty that has already been performed. *State ex rel. Grove v. Nadel* (1998), 84 Ohio St.3d 252, 253, 703 N.E.2d 304, 305." *State ex rel. Kreps v. Christiansen* (2000), 88 Ohio St.3d 313, 318, 725 N.E.2d 663, 668.

{¶5}    Subsequent to the filing of the instant petition, Respondent ruled on the two outstanding motions filed by Relator in the trial court.  For this reason, we find the petition has become moot.

{¶6}    For this reason, the request for the issuance of a writ of mandamus and/or procedendo is denied.

By: Edwards, J.

Delaney, P.J. and

Hoffman, J. concur

_____

_____

_____

JUDGES

JAE/ads0113

[Cite as *State ex rel. Hoffman v. Eyster*, 2012-Ohio-597.]

IN THE COURT OF APPEALS FOR KNOX COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO, EX REL.<br>MATTHEW J. HOFFMAN | : | |
| | : | |
| | : | |
| Relator | : | |
| | : | |
| | : | |
| -vs- | : | JUDGMENT ENTRY |
| | : | |
| JUDGE OTHO EYSTER | : | |
| | : | |
| Respondent | : | CASE NO. 11CA24 |

For the reasons stated in our accompanying Memorandum-Opinion on file, the Complaint is denied.  Costs waived.

_____

_____

_____

JUDGES